# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**05 - 20893  CR-GRAHAM**

CASE NO.

MAGISTRATE JUDGE
O'SULLIVAN

Unsealed 12-8-05

21 U.S.C. § 963
21 U.S.C. § 846
21 U.S.C. § 952(a)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)(I)
21 U.S.C. § 853
18 U.S.C. § 982

## UNITED STATES OF AMERICA

vs.

**ALEXANDER AYALA-SERNA,**
    a/k/a "Alejendaro Ayala,"
    a/k/a "Alejandro Corral,"
    a/k/a "Memin,"
    a/k/a "El Negro,"
**ERIC GARDINER,**
    a/k/a "Foster Vincent Marsh,"
    a/k/a "Player,"
    a/k/a "P,"
**DEWEY ARNEL DAVIS,**
    a/k/a "El Negro,"
    a/k/a "Malancus,"
    a/k/a "Pretty,"
**DANNY DAVIDSON,**
    a/k/a "Jimmy,"
    a/k/a "John Wayne,"
**ROGELIO GRIFFITH,**
**ALY COX,**
**TYRONE RUSSELL,**
    a/k/a "T,"
**AGAJA BANDEL DEENAH,**
    a/k/a "Agaga Bandel Deenah,"
    a/k/a "Kar,"
**ROBERT ESSUE,**
**OSCAR FRANCIS,**
**RUBEN HOYOS,**
    a/k/a "El Cunado,"
**JOSE IGNACIO LOPEZ,**
    a/k/a "Nacho,"



FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

JUAN CARLOS AVILA,
RALEIGH SEYMOUR,
    a/k/a "Chofa,"
HUBER REYES,
DEVRA N. INGRAHAM,
    a/k/a "Devra Wright,"
    a/k/a "Monique,"
CLEMENTINA LONGAS,
    a/k/a "Clementiana Longas,"
    a/k/a "Myte,"
TIZIANO MERCANTE,
WILFRED OLAYA-RENDON,
ROBERTO BAILEY,
    a/k/a "Fito,"
PETER ALONZO HALL,
    a/k/a "Pet,"
EVELYN CUNNINGHAM,
ARNOLD NESBITT, and
CARLOS JENNINGS,

    Defendants.

_____/

FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

From at least as early as in or about December 2000, the exact date being unknown to the Grand Jury, and continuing through on or about the date of the return of this Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

ALEXANDER AYALA-SERNA,
a/k/a "Alejendaro Ayala,"
a/k/a "Alejandro Corral,"
a/k/a "Memin,"
a/k/a "El Negro"
ERIC GARDINER,
a/k/a "Foster Vincent Marsh,"
a/k/a "Player,"
a/k/a "P,"

**DEWEY ARNEL DAVIS,**
a/k/a "El Negro,"
a/k/a "Malancus,"
a/k/a "Pretty,"
**DANNY DAVIDSON,**
a/k/a "Jimmy,"
a/k/a "John Wayne,"
**ROGELIO GRIFFITH,**
**ALY COX,**
**TYRONE RUSSELL,**
a/k/a "T,"
**AGAJA BANDEL DEENAH,**
a/k/a "Agaga Bandel Deenah,"
a/k/a "Kar,"
**ROBERT ESSUE, and**
**OSCAR FRANCIS,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with

other persons, both known and unknown to the Grand Jury, to import into the United States from a

place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section

952(a); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this

violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

## COUNT 2

From at least as early as in or about December 2000, the exact date being unknown to the

Grand Jury, and continuing through on or about the date of the return of this Indictment, in Miami-

Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ALEXANDER AYALA-SERNA,**
a/k/a "Alejendaro Ayala,"
a/k/a "Alejandro Corral,"
a/k/a "Memin,"
a/k/a "El Negro"

-3-

**ERIC GARDINER,**
a/k/a "Foster Vincent Marsh,"
a/k/a "Player,"
a/k/a "P,"
**DEWEY ARNEL DAVIS,**
a/k/a "El Negro,"
a/k/a "Malancus,"
a/k/a "Pretty,"
**DANNY DAVIDSON,**
a/k/a "Jimmy,"
a/k/a "John Wayne,"
**ROGELIO GRIFFITH,**
**ALY COX,**
**TYRONE RUSSELL,**
a/k/a "T,"
**AGAJA BANDEL DEENAH,**
a/k/a "Agaga Bandel Deenah,"
a/k/a "Kar,"
**ROBERT ESSUE, and**
**OSCAR FRANCIS,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with

other persons, both known and unknown to the Grand Jury, to possess with intent to distribute a

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation

of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that

this violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

## COUNT 3

From at least as early as in or about January 2004, the exact date being unknown to the Grand

Jury, and continuing through on or about May 26, 2004, in Miami-Dade County, in the Southern

District of Florida, and elsewhere, the defendants,

**ALEXANDER AYALA-SERNA,**

-4-

a/k/a "Alejendaro Ayala,"
a/k/a "Alejandro Corral,"
a/k/a "Memin,"
a/k/a "El Negro"
ERIC GARDINER,
a/k/a "Foster Vincent Marsh,"
a/k/a "Player,"
a/k/a "P,"
DEWEY ARNEL DAVIS,
a/k/a "El Negro,"
a/k/a "Malancus,"
a/k/a "Pretty,"
ROGELIO GRIFFITH,
ALY COX, and
AGAJA BANDEL DEENAH,
a/k/a "Agaga Bandel Deenah,"
a/k/a "Kar,"

did knowingly and intentionally import into the United States from a place outside thereof, a

controlled substance, in violation of Title 21, United States Code, Section 952(a), and Title 18,

United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this

violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

## COUNT 4

From at least as early as in or about January 2004, the exact date being unknown to the Grand

Jury, and continuing through on or about May 26, 2004, in Miami-Dade County, in the Southern

District of Florida, and elsewhere, the defendants,

ALEXANDER AYALA-SERNA,
a/k/a "Alejendaro Ayala,"
a/k/a "Alejandro Corral,"
a/k/a "Memin,"
a/k/a "El Negro"
ERIC GARDINER,

a/k/a "Foster Vincent Marsh,"
a/k/a "Player,"
a/k/a "P,"
**DEWEY ARNEL DAVIS,**
a/k/a "El Negro,"
a/k/a "Malancus,"
a/k/a "Pretty,"
**ROGELIO GRIFFITH,**
**ALY COX, and**
**AGAJA BANDEL DEENAH,**
a/k/a "Agaga Bandel Deenah,"
a/k/a "Kar,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that

this violation involved five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine.

## COUNT 5

From at least as early as in or about April 2005, the exact date being unknown to the Grand

Jury, and continuing through on or about September 23, 2005, in Miami-Dade County, in the

Southern District of Florida, and elsewhere, the defendants,

**ERIC GARDINER,**
a/k/a "Foster Vincent Marsh,"
a/k/a "Player,"
a/k/a "P,"
**DANNY DAVIDSON,**
a/k/a "Jimmy,"
a/k/a "John Wayne,"
**ROGELIO GRIFFITH,**
**ALY COX,**
**TYRONE RUSSELL,**
a/k/a "T,"
**ROBERT ESSUE, and**
**OSCAR FRANCIS,**

-6-

did knowingly and intentionally attempt to import into the United States from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963, and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 6

From at least as early as in or about April 2005, the exact date being unknown to the Grand Jury, and continuing through on or about September 23, 2005, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ERIC GARDINER,**
**a/k/a "Foster Vincent Marsh,"**
**a/k/a "Player,"**
**a/k/a "P,"**
**DANNY DAVIDSON,**
**a/k/a "Jimmy,"**
**a/k/a "John Wayne,"**
**ROGELIO GRIFFITH,**
**ALY COX,**
**TYRONE RUSSELL,**
**a/k/a "T,"**
**ROBERT ESSUE, and**
**OSCAR FRANCIS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 7

In or about September 2005, the exact date being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ERIC GARDINER,**
**a/k/a "Foster Vincent Marsh,"**
**a/k/a "Player,"**
**a/k/a "P,"**
**DANNY DAVIDSON,**
**a/k/a "Jimmy,"**
**a/k/a "John Wayne,"**
**TYRONE RUSSELL,**
**a/k/a "T,"**
**ROBERT ESSUE, and**
**OSCAR FRANCIS,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, both known and unknown to the Grand Jury, to import into the United States from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(2)(G), it is further alleged that this violation involved one hundred (100) kilograms or more of a mixture and substance containing a detectable amount of marijuana.

## COUNT 8

In or about September 2005, the exact date being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ERIC GARDINER,**
**a/k/a "Foster Vincent Marsh,"**
**a/k/a "Player,"**
**a/k/a "P,"**
**DANNY DAVIDSON,**
**a/k/a "Jimmy,"**

a/k/a "John Wayne,"
**TYRONE RUSSELL,**
a/k/a "T,"
**ROBERT ESSUE, and**
**OSCAR FRANCIS,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with

other persons, both known and unknown to the Grand Jury, to possess with intent to distribute a

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation

of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(vii), it is further alleged that

this violation involved one hundred (100) kilograms or more of a mixture and substance containing

a detectable amount of marijuana.

## COUNT 9

Beginning in or about January 2003, the exact date being unknown to the Grand Jury, and

continuing through on or about the date of the return of this Indictment, in Miami-Dade County, in

the Southern District of Florida, and elsewhere, the defendants,

**ALEXANDER AYALA-SERNA,**
a/k/a "Alejendaro Ayala,"
a/k/a "Alejandro Corral,"
a/k/a "Memin,"
a/k/a "El Negro"
**ERIC GARDINER,**
a/k/a "Foster Vincent Marsh,"
a/k/a "Player,"
a/k/a "P,"
**DEWEY ARNEL DAVIS,**
a/k/a "El Negro,"
a/k/a "Malancus,"
a/k/a "Pretty,"
**DANNY DAVIDSON,**
a/k/a "Jimmy,"
a/k/a "John Wayne,"

ROGELIO GRIFFITH,
ALY COX,
TYRONE RUSSELL,
a/k/a "T,"
AGAJA BANDEL DEENAH,
a/k/a "Agaga Bandel Deenah,"
a/k/a "Kar,"
RUBEN HOYOS,
a/k/a "El Cunado,"
JOSE IGNACIO LOPEZ,
a/k/a "Nacho,"
JUAN CARLOS AVILA,
RALEIGH SEYMOUR,
a/k/a "Chofa,"
HUBER REYES,
DEVRA N. INGRAHAM,
a/k/a "Devra Wright,"
a/k/a "Monique,"
CLEMENTINA LONGAS,
a/k/a "Clementiana Longas,"
a/k/a "Myte,"
TIZIANO MERCANTE,
WILFRED OLAYA-RENDON,
ROBERTO BAILEY,
a/k/a "Fito,"
PETER ALONZO HALL,
a/k/a "Pet,"
EVELYN CUNNINGHAM,
ARNOLD NESBITT, and
CARLOS JENNINGS,

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with

other persons, both known and unknown to the Grand Jury, to commit offenses against the United

States in violation of Title 18, United States Code, Section 1956, that is:

A.  To knowingly conduct financial transactions, affecting interstate and foreign commerce,

which transactions involved the proceeds of some specified unlawful activity, knowing that the

transactions were designed in whole and in part to conceal and disguise the nature, the location, the

source, the ownership, and the control of the proceeds of some specified unlawful activity, and that

-10-

while conducting such transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(I); and

B.  To knowingly conduct financial transactions, affecting interstate and foreign commerce, which transactions involved the proceeds of some specified unlawful activity, knowing that the transactions were designed in whole and in part to avoid a transaction reporting requirement under State or Federal law, and that while conducting such transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(ii).

It is further alleged that the financial transactions involved the proceeds of specified unlawful activity, that is, the felonious distribution and sale of controlled substances, punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 10-32

On or about the dates specified as to each count below, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants, as specified below, did knowingly conduct and attempt to conduct financial transactions, that is, the transfer, delivery, and receipt of United States currency, as set forth below, affecting interstate and foreign commerce, which transactions involved the proceeds of some specified unlawful activity, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of some specified unlawful activity, and that while conducting and attempting to conduct such transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

It is further alleged that the financial transactions involved the proceeds of specified unlawful activity, that is, the felonious importation, distribution and sale of controlled substances, punishable under the laws of the United States:

| | | | |
|---|---|---|---|
| 10 | January 28, 2003 | DEWEY ARNEL DAVIS<br>a/k/a "El Negro,"<br>a/k/a "Malancus,"<br>a/k/a Pretty,"<br>and<br>JUAN CARLOS AVILA | $400,000 |
| 11 | August 30, 2003-<br>September 2, 2003 | JOSE IGNACIO LOPEZ<br>a/k/a "Nacho,"<br>and<br>HUBER REYES | $109,500 |

| | | | |
|---|---|---|---|
| 12 | September 20, 2003 | JOSE IGNACIO LOPEZ, a/k/a "Nacho," ROGELIO GRIFFITH, RUBEN HOYOS, a/k/a "El Cunado," DEVRA N. INGRAHAM, a/k/a "Devra Wright," a/k/a "Monique," HUBER REYES and CLEMENTINA LONGAS, a/k/a "Clementiana Longas," and a/k/a "Myte." | $661,915 |
| 13 | September 24, 2003 | JOSE IGNACIO LOPEZ, a/k/a "Nacho," ROGELIO GRIFFITH, RUBEN HOYOS, a/k/a "El Cunado," and RALEIGH SEYMOUR, a/k/a "Chofa." | $177,932 |
| 14 | October 18-21, 2003 | JOSE IGNACIO LOPEZ, a/k/a "Nacho," and TIZIANO MERCANTE | $100,000 |
| 15 | October 30, 2003 | JOSE IGNACIO LOPEZ, a/k/a "Nacho," and CLEMENTINA LONGAS, a/k/a Clementiana Longas," and a/k/a "Myte." | $100,006 |
| 16 | November 26-28, 2003 | JOSE IGNACIO LOPEZ, a/k/a "Nacho," WILFRED OLAYA- RENDON, and TIZIANO MERCANTE | $185,000 |

| | | | |
|---|---|---|---|
| 17 | February 14, 2004 | JOSE IGNACIO LOPEZ, a/k/a "Nacho," and CLEMENTINA LONGAS, a/k/a Clementiana Longas," and a/k/a "Myte." | $180,000 |
| 18 | May 3, 2004 | ERIC GARDINER, a/k/a "Foster Vincent Marsh," a/k/a "Player," a/k/a "P," and AGAJA BANDEL DEENAH, a/k/a "Agaga Bandel Deenah," a/k/a "Kar." | $542,595 |
| 19 | May 31, 2004 | ERIC GARDINER, a/k/a "Foster Vincent Marsh," a/k/a "Player," a/k/a "P," DEWEY ARNEL DAVIS, a/k/a "El Negro," a/k/a "Malancus," a/k/a "Pretty," and AGAJA BANDEL DEENAH, a/k/a "Agaga Bandel Deenah," a/k/a "Kar." | $2,149,471 |
| 20 | June 10, 2004 | ERIC GARDINER, a/k/a "Foster Vincent Marsh," a/k/a "Player," a/k/a "P," and ROBERTO BAILEY, a/k/a "Fito." | $1,084,951 |
| 21 | July 12, 2004 | ERIC GARDINER, a/k/a "Foster Vincent Marsh," a/k/a "Player," a/k/a "P," and PETER ALONZO HALL, a/k/a "Pet." | $200,440 |

| | | | |
|---|---|---|---|
| 22 | July 20, 2004 | ERIC GARDINER,<br>a/k/a "Foster Vincent Marsh,"<br>a/k/a "Player,"<br>a/k/a "P,"<br>and<br>ROBERTO BAILEY,<br>a/k/a "Fito." | $924,804 |
| 23 | August 27, 2004 | ERIC GARDINER,<br>a/k/a "Foster Vincent Marsh,"<br>a/k/a "Player,"<br>a/k/a "P." | $999,935 |
| 24 | September 6, 2004 | ERIC GARDINER,<br>a/k/a "Foster Vincent Marsh,"<br>a/k/a "Player,"<br>a/k/a "P,"<br>and<br>EVELYN CUNNINGHAM | $450,000 |
| 25 | September 9, 2004 | ERIC GARDINER.<br>a/k/a "Foster Vincent Marsh,"<br>a/k/a "Player,"<br>a/k/a "P,"<br>and<br>EVELYN CUNNINGHAM | $199,980 |
| 26 | October 16, 2004 | ERIC GARDINER.<br>a/k/a "Foster Vincent Marsh,"<br>a/k/a "Player,"<br>a/k/a "P,"<br>and<br>RALEIGH SEYMOUR,<br>a/k/a "Chofa." | $149,900 |
| 27 | October 20, 2004 | JOSE IGNACIO LOPEZ,<br>a/k/a "Nacho,"<br>and<br>RALEIGH SEYMOUR,<br>a/k/a "Chofa." | $551,950 |

| Count | Date | Defendant(s) | Amount |
|:---:|:---:|:---:|:---:|
| 28 | October 28, 2004 | ERIC GARDINER, a/k/a "Foster Vincent Marsh," a/k/a "Player," a/k/a "P," and ARNOLD NESBITT | $999,820 |
| 29 | December 16, 2004 | ERIC GARDINER, a/k/a "Foster Vincent Marsh," a/k/a "Player," a/k/a "P," and RALEIGH SEYMOUR, a/k/a "Chofa." | $124,240 |
| 30 | December 17, 2004 | ERIC GARDINER, a/k/a "Foster Vincent Marsh," a/k/a "Player," a/k/a "P," DEWEY ARNEL DAVIS, a/k/a "El Negro," a/k/a "Malancus," a/k/a "Pretty," and RALEIGH SEYMOUR, a/k/a "Chofa." | $378,018 |
| 31 | March 31, 2005 | ERIC GARDINER, a/k/a "Foster Vincent Marsh," a/k/a "Player," a/k/a "P," TYRONE RUSSELL, a/k/a "T," and CARLOS JENNINGS | $148,300 |
| 32 | June 28, 2005 | ERIC GARDINER, a/k/a "Foster Vincent Marsh," a/k/a "Player," a/k/a "P," DANNY DAVIDSON, a/k/a "Jimmy," a/k/a "John Wayne," and EVELYN CUNNINGHAM | $145,000 |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(I) and 2.

## FORFEITURE ALLEGATIONS

1.     The allegations of Counts 1 through 32 of this Indictment are re-alleged and incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest, pursuant to the provisions of Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982.

2.     Upon conviction of any violation of Title 21, United States Code, Sections 841, 846, 952 and 963, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violation, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violation.

3.     Upon conviction of any violation of Title 18, United States Code, Section 1956, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in such offense and any property traceable to such property.

4.     The property subject to forfeiture includes, but is not limited to, the following:

(A)     A sum of money equal to $36,236,000.00 in United States currency, representing the amount of money involved in the money laundering offense or proceeds obtained as a result of the illegal narcotics offenses, or conspiracy to commit such offense, for which the defendants are jointly and severally liable;

(B)     The sum of $2,149,471.00 in U.S. currency seized on or about May 31, 2004 from

Agaja Bandel Deenah;

(C)     The sum of $378,018.00 in U.S. currency seized on or about December 17, 2004 from Raleigh Seymour;

(D)     Funds in Bank Atlantic Account # 0055721821 up to $100,000.00, at Bank Atlantic, Miami, Florida;

(E)     All funds in Bank of America Account # 04784521843, at Bank of America, Miami, Florida;

(F)     All funds in Bank United Account # 433012250, at Bank United, Miami, Florida;

(G)     All funds, and any and all interest accruing therein, in Bank United Account # 0395012917, at Bank United, Miami, Florida;

(H)     All funds in Citibank FSB Account # 3200094835, at Citibank FSB, Miami, Florida;

(I)     Funds in Citibank FSB Account # 3195425177 up to $8,300.00, at Citibank FSB, Miami, Florida;

(J)     Funds in Citibank FSB Account # 3200477588 up to $80,000.00, at Citibank FSB, Miami, Florida;

(K)     Funds in Florida Savings Bank Account # 10064715 up to $6,000.00, at Florida Savings Bank, Miami, Florida;

(L)     Funds in Frost National Bank Account # 704004434 up to $17,179.50, at Frost National Bank, San Antonio, Texas;

(M)     Funds in InterAudi Account #130575 up to $189,604.80, at InterAudi Bank, New York, New York;

(N)     Funds in InterAudi Account # 149312, up to $280,000.00, at InterAudi Bank, New

York, New York;

(O)     Funds in InterAudi Account # 127732 up to $16,000.00, at InterAudi Bank, New York, New York;

(P)     Funds in InterAudi Account #148280 up to $19,500.00, at InterAudi Bank, New York, New York;

(Q)     Funds in InterAudi Account # 169082 up to $33,000.00, at InterAudi Bank, New York, New York;

(®)     Funds in InterAudi Account # 606026 up to $89,660.00, at InterAudi Bank, New York, New York;

(S)     Funds in InterAudi Account # 707660 up to $50,000.00, at InterAudi Bank, New York, New York;

(T)     Funds in InterAudi Account # 711184 up to $185,000.00, at InterAudi Bank, New York, New York;

(U)     Funds in InterAudi Account #116261, up to $300,000.00, at InterAudi Bank, New York, New York;

(V)     Funds in International Bank of Miami Account # 30037538720 up to $100,000.00, at International Bank of Miami, Coral Gables, Florida;

(W)     Funds in JP Morgan Chase Account # 1500060210 up to $20,000.00, at JP Morgan Chase, Miami, Florida;

(X)     Funds in New York Community Bank Account # 50120095075 up to $4,500.00, at New York Community Bank, Bronx, New York;

(Y)     Funds in Northern Trust Account # 1010049425 up to $3,253.00, at Northern Trust,

Miami, Florida;

(Z)     Funds in Ocean Bank Account # 27866105 up to $36,000.00, at Ocean Bank, Miami, Florida;

(AA)   Funds in Ocean Bank Account # 908571806 up to $20,000.00, at Ocean Bank, Miami, Florida;

(BB)   Funds in Wachovia Account # 2000013768395 up to $751,591.36, at Wachovia Bank, Miami, Florida;

(CC)   Funds in Washington Mutual Account # 1983369349 up to $80,000.00, at Washington Mutual, Miami Springs, Florida;

(DD)   Funds in Washington Mutual Account # 3881608811 up to $50,000.00, at Washington Mutual, Miami Springs, Florida;

(EE)   Funds in Woori America Bank Account # 427001417 up to $80,000.00, at Woori America Bank, New York, New York;

(FF)   The real property located at 1863 SW 24th Terrace, Miami, Miami-Dade County, Florida, including all structures, appurtenances and thereon, and more particularly described as:

> Lot 5, Block 4, of KENSINGTON PARK, according to the Plat thereof, as recorded in Plat Book 16, at Page 2, of the Public Records of Miami-Dade County, Florida;

(GG)   The real property located at 11273 NW 50th Terrace, Miami, Miami-Dade County, Florida, including all structures, appurtenances and thereon, and more particularly described as:

> Lot 39, Block 4, of DORAL LANDINGS EAST, according to the Plat thereof, as recorded in Plat Book 148, at Page 75, of the Public Records of Miami-Dade County, Florida;

(HH)   The real property located at 3461 SW 137 Avenue, Miami, Miami-Dade County, Florida, including all structures, appurtenances and thereon, and more particularly described as:

The North 80.91 feet of the South 160.91 feet of that portion of Tract 13 of J.G. HEADS FARMS in Section 14, Township 54 South, Range 39 East according to the Plat thereof, as recorded in Plat Book 46, at Page 44, of the Public Records of Miami-Dade County, Florida, less the East 2364.00 feet thereof and less the West 55.00 feet for Road Purposes;

(II)   One 2002 Black Land Rover Discovery II, VIN # SALTW12482A756358;

(JJ)   One 1996 Ford Crown Victoria, VIN # 2FALP71W8TX159316;

(KK)   One 2004 Silver Lincoln Navigator, VIN # 5LMFU27R54LJ23854;

(LL)   One 2003 White Chrysler PT Cruiser, VIN # 3C8FY68B73T510931;

(MM)   One 2003 Harley Davidson Motorcycle, VIN # 1HD1HAZ103K846795;

(NN)   One 2002 Silver Mercedes Benz C230K, VIN # WDBRN47J52A278029;

(OO)   One 2001 Silver BMW X5, VIN # WBAFA53521LP20991;

(PP)   One 2001 Silver BMW X5, VIN # WBAFB33541LH08491; and

(QQ)   One 1955 Chevrolet Bel Aire, VIN # VC55T112654.

5.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18 United States Code, Section 982(b), if property described above as being subject to forfeiture, as a result of any act or omission of the forgoing defendants,

(A)   cannot be located upon the exercise of due diligence;

(B)   has been transferred, or sold to, or deposited with a third party;

(C)   has been placed beyond the jurisdiction of the Court;

(D)   has been substantially diminished in value; or

(E)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek the forfeiture of other property of the defendants up to the value of the above-described forfeitable property.

All pursuant to Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

GERALD E. GREENBERG
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**05-20893-CR-GRAHAM**

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | CASE NO. |
| ALEXANDER AYALA-SERNA, ET AL., | |
| Defendants. | |

MAGISTRATE JUDGE
O'SULLIVAN

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**

**Court Division:** (Select One)

X  Miami ____ Key West
____ FTL ____ WPB ____ FTP

New Defendant(s)                    Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

FILED by ____ D.C.
MAG. SEC.

DEC - 2 2005

CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)     Yes
    List language and/or dialect     Spanish

4.  This case will take     15     days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                                          (Check only one)

| I | 0 to 5 days | ____ | Petty | ____ |
|---|---|---|---|---|
| II | 6 to 10 days | ____ | Minor | ____ |
| III | 11 to 20 days | X | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | X |
| V | 61 days and over | ____ | | |

6.  Has this case been previously filed in this District Court? (Yes or No)     No
    If yes:
    Judge: _____     Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     (Yes or No)     Yes
    If yes:
    Magistrate Case No.     05-3233-RLD
    Related Miscellaneous numbers:     04-06-UUB 04-08-UUB
    Defendant(s) in federal custody as of     September 23, 2005
    Defendant(s) in state custody as of     _____
    Rule 20 from the _____     District of _____

    Is this a potential death penalty case? (Yes or No)     No

7.  Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ____ Yes   X  No

8.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ____ Yes   X  No
    If yes, was it pending in the Central Region? ____ Yes ____ No

9.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes   X  No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ____ Yes   X  No

GERALD GREENBERG
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0440094

*Penalty Sheet(s) attached

REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **ALEXANDER AYALA-SERNA**
a/k/a "Alejandro Ayala,"
a/k/a "Alejandro Corral,"
a/k/a "Memin," and
a/k/a "El Negro."

Case No: **05-20893 CR-GRAHAM** MAG...E JUDGE
G SULLIVAN

Count #: 1

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. · MIAMI

* **Max.Penalty**:        Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

* **Max.Penalty**:        Life Imprisonment

Count #: 3

Importation of cocaine.

Title 21, United States Code, Section 952(a)

* **Max.Penalty**:        Life Imprisonment

Count #: 4

Possession with intent to distribute cocaine.

Title 21, United States Code, Section 841(a)(1).

* **Max.Penalty**:        Life Imprisonment

**Defendant's Name**: **ALEXANDER AYALA-SERNA**
a/k/a "Alejandro Ayala,"
a/k/a "Alejandro Corral,"
a/k/a "Memin," and
a/k/a "El Negro."

Count #: 9

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

* **Max.Penalty**:      20 Years' Imprisonment.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name: ERIC GARDINER**

a/k/a "Foster Vincent Marsh,"
a/k/a "Malancus," and
a/k/a "Pretty"

Case No: 05-20893 CR-GRAHAM

Count #: 1

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

\* **Max.Penalty:**  Life Imprisonment

FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

Count #: 2

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

\* **Max.Penalty:**  Life Imprisonment

Count #: 3

Importation of cocaine.

Title 21, United States Code, Section 952(a).

\* **Max.Penalty:**  Life Imprisonment

Count #: 4

Possession with intent to distribute cocaine.

Title 21, United States Code, Section 841(a)(1).

\* **Max.Penalty:**  Life Imprisonment

**Defendant's Name**: **ERIC GARDINER**
a/k/a "Foster Vincent Marsh,"
a/k/a "Malancus," and
a/k/a "Pretty."

Count #: 5

Attempt to import cocaine.

Title 21, United States Code, Section 963.

**\* Max.Penalty**:    Life Imprisonment

Count #: 6

Possession with intent to distribute cocaine.

Title 21, United States Code, Section 841(a)(1).

**\* Max.Penalty**:    Life Imprisonment

Count #: 7

Conspiracy to import marijuana.

Title 21, United States Code, Section 963.

**\* Max.Penalty**:    40 Years' Imprisonment

Count #: 8

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846.

**\* Max.Penalty**:    40 Years' Imprisonment.

Count #: 9

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

**\* Max.Penalty**:    20 Years' Imprisonment.

**Defendant's Name**: <u>**ERIC GARDINER**</u>
**a/k/a "Foster Vincent Marsh,"**
**a/k/a "Malancus," and**
**a/k/a "Pretty."**

Count #: 18-26, 28-32

Money laundering.

Title 18, United States Code, Section 1956(a)(1)(B)(i).

**\* Max.Penalty**:      20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **DEWEY ARNEL DAVIS**
a/k/a "El Negro,"
a/k/a "Malancus," and
a/k/a "Pretty."

Case No: **05-20893 CR-GRAHAM**

Count #: 1

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

**\* Max.Penalty**:     Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

**\* Max.Penalty**:     Life Imprisonment

Count #: 3

Importation of cocaine.

Title 21, United States Code, Section 952(a).

**\* Max.Penalty**:     Life Imprisonment

Count #: 4

Possession with intent to distribute cocaine.

Title 21, United States Code, Section 841(a)(1).

**\* Max.Penalty**:     Life Imprisonment

Defendant's Name: **DEWEY ARNEL DAVIS**
a/k/a "El Negro,"
a/k/a "Malancus," and
a/k/a "Pretty."

Count #: 9

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

* **Max.Penalty**:      20 Years' Imprisonment.

Count #: 10, 19, 30

Money laundering.

Title 18, United States Code, Section 1956(a)(1)(B)(i).

* **Max.Penalty**:      20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: DANNY DAVIDSON**
**a/k/a "Jimmy," and**
**a/k/a "John Wayne."**

Case No: **05-20893** _LR-GRAHAM_

Count #: 1

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

| D.C. |

**\* Max.Penalty:**    Life Imprisonment

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

Count #: 2

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

**\* Max.Penalty:**    Life Imprisonment

Count #: 5

Attempt to import cocaine.

Title 21, United States Code, Section 963.

**\* Max.Penalty:**    Life Imprisonment

Count #: 6

Possession with intent to distribute cocaine.

Title 21, United States Code, Section 841(a)(1).

**\* Max.Penalty:**    Life Imprisonment

Defendant's Name: **DANNY DAVIDSON**
a/k/a "Jimmy," and
a/k/a "John Wayne."

Count #: 7

Conspiracy to import marijuana.

Title 21, United States Code, Section 963.

* **Max.Penalty**:      40 Years' Imprisonment

Count #: 8

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846.

* **Max.Penalty**:      40 Years' Imprisonment.

Count #: 9

Conspiracy to commit money laundering.

Title 21, United States Code, Section 1956(h).

* **Max.Penalty**:      20 Years' Imprisonment.

Count #: 32

Money laundering.

Title 18, United States Code, Section 1956(h).

* **Max.Penalty**:      20 Years' Imprisonment.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: ROGELIO GRIFFITH**

Case No: **05-20893** CR-GRAHAM

Count #: 1

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

**\* Max.Penalty:**     Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

**\* Max.Penalty:**     Life Imprisonment

FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Count #: 3

Importation of cocaine.

Title 21, United States Code, Section 952(a).

**\* Max.Penalty:**     Life Imprisonment

Count #: 4

Possession with intent to distribute cocaine.

Title 21, United States Code, Section 841(a)(1).

**\* Max.Penalty:**     Life Imprisonment

**Defendant's Name: ROGELIO GRIFFITH**

Count #: 5

  Attempt to import cocaine.

  Title 21, United States Code, Section 963.

**\* Max.Penalty**:     Life Imprisonment

Count #: 6

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1).

**\* Max.Penalty**:     Life Imprisonment

Count #: 9

  Conspiracy to commit money laundering.

  Title 18, United States Code, Section 1956(h).

**\* Max.Penalty**:     20 Years' Imprisonment.

Count #: 12, 13

  Money laundering.

  Title 18, United States Code, Section 1956(h).

**\* Max.Penalty**:     20 Years' Imprisonment.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ALY COX

Case No: _____ **05-20893** CR-GRAHAM

Count #: 1

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

**\* Max.Penalty**:        Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

**\* Max.Penalty**:        Life Imprisonment

Count #: 3

Importation of cocaine.

Title 21, United States Code, Section 952(a).

**\* Max.Penalty**:        Life Imprisonment

Count #: 4

Possession with intent to distribute cocaine.

Title 21, United States Code, Section 841(a)(1).

**\* Max.Penalty**:        Life Imprisonment

FILED by _____ D.C.
MAG. SEC.

DEC - 7 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

**Defendant's Name:** **ALY COX**

Count #: 5

Attempt to import cocaine.

Title 21, United States Code, Section 963.

**\* Max.Penalty:**     Life Imprisonment

Count #: 6

Possession with intent to distribute cocaine.

Title 21, United States Code, Section 841(a)(1).

**\* Max.Penalty:**     Life Imprisonment

Count #: 9

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

**\* Max.Penalty:**     20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: TYRONE RUSSELL**
a/k/a "T"

Case No: **05-20893** CR-GRAHAM

MAGISTRATE JUDGE
O'SULLIVAN

Count #: 1

  Conspiracy to import cocaine.

  Title 21, United States Code, Section 963.

**\* Max.Penalty**:      Life Imprisonment

Count #: 2

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846.

**\* Max.Penalty**:      Life Imprisonment

FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Count #: 3

  Attempt to import cocaine.

  Title 21, United States Code, Section 963.

**\* Max.Penalty**:      Life Imprisonment

Count #: 4

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1).

**\* Max.Penalty**:      Life Imprisonment

**Defendant's Name:** **TYRONE RUSSELL**
a/k/a "T"

Count #: 7

Conspiracy to import marijuana.

Title 21, United States Code, Section 963.

\* **Max.Penalty**:      40 Years' Imprisonment

Count #: 8

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846.

\* **Max.Penalty**:      40 Years' Imprisonment.

Count #: 9

Cosnpiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

\* **Max.Penalty**:      20 Years' Imprisonment.

Count #: 31

Money laundering.

Title 18, United States Code, Section 1956(a)(1)(B)(i).

\* **Max.Penalty**:      20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **AGAJA BANDEL DEENAH**
a/k/a "Agaga Bandel Deenah," and
a/k/a "Kar."

Case No: **05-20893 CR-GRAHAM**

Count #: 1

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

**\* Max.Penalty**:      Life Imprisonment

Count #: 2

```
FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

**\* Max.Penalty**:      Life Imprisonment

Count #: 3

Importation of cocaine.

Title 21, United States Code, Section 952(a).

**\* Max.Penalty**:      Life Imprisonment

Count #: 4

Possession with intent to distribute cocaine.

Title 21, United States Code, Section 841(a)(1).

**\* Max.Penalty**:      Life Imprisonment

**Defendant's Name:** **AGAJA BANDEL DEENAH**
             a/k/a "Agaga Bandel Deenah," and
             a/k/a "Kar."

Count #: 9

  Conspiracy to commit money laundering.

  Title 18, United States Code, Section 1956(h).

**\* Max.Penalty:**      20 Years' Imprisonment.

Count #: 18-19

  Money laundering.

  Title 18, United States Code, Section 1956(a)(1)(B)(i).

**\* Max.Penalty:**      20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name: ROBERT ESSUE**

Case No: __05-20893 CR-GRAHAM__

MAGISTRATE JUDGE
O'SULLIVAN

Count #: 1

  Conspiracy to import cocaine.

  Title 21, United States Code, Section 963.

* **Max. Penalty**:      Life Imprisonment

Count #: 2

FILED by _____ D.C.
MAG. SEC.

DEC - 7 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846.

* **Max. Penalty**:      Life Imprisonment

Count #: 5

  Attempt to import cocaine.

  Title 21, United States Code, Section 963.

* **Max. Penalty**:      Life Imprisonment

Count #: 6

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1).

* **Max. Penalty**:      Life Imprisonment

**Defendant's Name: ROBERT ESSUE**

Count #: 7

  Conspiracy to import marijuana.

  Title 21, United States Code, Section 963.

**\* Max.Penalty**:      40 Years' Imprisonment

Count #: 8

  Conspiracy to possess with intent to distribute marijuana.

  Title 21, United States Code, Section 846.

**\* Max.Penalty**:      40 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, *restitution*, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: OSCAR FRANCIS**

Case No: __05-20893__ CR-GRAHAM

MAGISTRATE JUDGE
O'SULLIVAN

Count #: 1

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

**\* Max.Penalty**:     Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

**\* Max.Penalty**:     Life Imprisonment

FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Count #: 5

Attempt to import cocaine.

Title 21, United States Code, Section 963.

**\* Max.Penalty**:     Life Imprisonment

Count #: 6

Possession with intent to distribute cocaine.

Title 21, United States Code, Section 841(a)(1).

**\* Max.Penalty**:     Life Imprisonment

**Defendant's Name**: <u>**OSCAR FRANCIS**</u>

Count #: 7

   <u>Conspiracy to import marijuana.</u>

   <u>Title 21, United States Code, Section 963.</u>

**\* Max.Penalty**:      40 Years' Imprisonment

Count #: 8

   <u>Conspiracy to possess with intent to distribute marijuana.</u>

   <u>Title 21, United States Code, Section 846.</u>

**\* Max.Penalty**:      40 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **RUBEN HOYOS**
a/k/a "El Cunado"

Case No: **05-20893** CR-GRAHAM

MAGISTRATE JUDGE
O'SULLIVAN

Count #: 9

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

**\* Max.Penalty**:      20 Years' Imprisonment

FILED by _____ D.C.

MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

Count #: 12-13

Money laundering.

Title 18, United States Code, Section 1956(a)(1)(B)(i).

**\* Max.Penalty**:      20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **JOSE IGNACIO LOPEZ**
                     **a/k/a "Nacho"**

**Case No:** **05-20893**   CR-GRAHAM   MAGISTRATE JUDGE
                                            O'SULLIVAN

Count #: 9

  Conspiracy to commit money laundering.

  Title 18, United States Code, Section 1956(h).

* **Max.Penalty**:     20 Years' Imprisonment

Count #: 11-17, 27

  Money laundering.

  Title 18, United States Code, Section 1956(a)(1)(B)(i).

* **Max.Penalty**:     20 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JUAN CARLOS AVILA     CR-GRAHAM

**Case No:** 05-20893     MAGISTRATE JUDGE
O'SULLIVAN

Count #: 9

  Conspiracy to commit money laundering.

  Title 18, United States Code, Section 1956(h).

**\* Max.Penalty:**      20 Years' Imprisonment

Count #: 10

  Money laundering.

  Title 18, United States Code, Section 1956(a)(1)(B)(i).

**\* Max.Penalty:**      20 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

DEC   2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **RALEIGH SEYMOUR,**
a/k/a "Chofa"

Case No: _____ **05-20893** CR-GRAHAM

MAGISTRATE JUDGE
O'SULLIVAN

Count #: 9

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

\* **Max.Penalty:**       20 Years' Imprisonment

> FILED by _____ D.C.
> MAG. SEC.
>
> DEC - 2 2005
>
> CLARENCE MADDOX
> CLERK U.S. DIST. CT.
> S.D. OF FLA. - MIAMI

Count #: 13, 26, 27, 29-30

Money laundering.

Title 18, United States Code, Section 1956(a)(1)(B)(i).

\* **Max.Penalty:**       20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: HUBER REYES**

**Case No:** 05-20893 CR-GRAHAM / MAGISTRATE JUDGE O'SULLIVAN

Count #: 9

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

* **Max.Penalty**:     20 Years' Imprisonment

FILED by _____ D.C.

MAG. SEC.

DEC -- 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

Count #: 11-12

Money laundering.

Title 18, United States Code, Section 1956(a)(1)(B)(i).

* **Max.Penalty**:     20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: DEVRA N. INGRAHAM**
a/k/a "Devra Wright," and
a/k/a "Monique."

Case No: **05-20893** CR-GRAHAM

MAGISTRATE JUDGE
O'SULLIVAN

Count #: 9

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

* **Max.Penalty**:       20 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

Count #: 12

Money laundering.

Title 18, United States Code, Section 1956(a)(1)(B)(i).

* **Max.Penalty**:       20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** **CLEMENTINA LONGAS**
a/k/a "Clementiana Longas,"
a/k/a "Mute."

**Case No:** 05-20893 CR-GRAHAM

MAGISTRATE JUDGE
O'SULLIVAN

Count #: 9

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

**\* Max.Penalty:**      20 Years' Imprisonment

Count #: 12, 15, 17

Money laundering.

Title 18, United States Code, Section 1956(a)(1)(B)(i).

**\* Max.Penalty:**      20 Years' Imprisonment

FILED by _____ D.G.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **TIZIANO MERCANTE**

Case No: **05-20893** CR-GRAHAM

MAGISTRATE JUDGE
O SULLIVAN

Count #: 9

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

**\* Max.Penalty:**     20 Years' Imprisonment

Count #: 14, 16

Money laundering.

Title 18, United States Code, Section 1956(a)(1)(B)(i).

**\* Max.Penalty:**     20 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: WILFRED OLAYA-RENDON**

Case No: **05 - 20893** CR-GRAHAM

MAGISTRATE JUDGE
O SULLIVAN

Count #: 9

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

**\* Max.Penalty**:       20 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

Count #: 16

Money laundering.

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\* Max.Penalty**:       20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **ROBERTO BAILEY**
a/k/a "Fito"

Case No: **05 - 20893** CR-GRAHAM

MAGISTRATE JUDGE
O'SULLIVAN

Count #: 9

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

\* **Max.Penalty**:       20 Years' Imprisonment

---

Count #: 20, 22

Money laundering.

Title 18, United States Code, Section 1956(a)(1)(B)(i).

\* **Max.Penalty**:       20 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

---

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

Defendant's Name: **PETER ALONZO HALL**
a/k/a "Pet"

Case No: **05-20893** CR-GRAHAM

MAGISTRATE JUDGE
O'SULLIVAN

Count #: 9

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

**\* Max.Penalty:**      20 Years' Imprisonment

Count #: 21

Money laundering.

Title 18, United States Code, Section 1956(a)(1)(B)(i).

**\* Max.Penalty:**      20 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,**
**special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

Defendant's Name: EVELYN CUNNINGHAM

Case No: 05 - 20893 CR-GRAHAM

MAGISTRATE JUDGE
O'SULLIVAN

Count #: 9

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

\* **Max.Penalty**:     20 Years' Imprisonment

Count #: 24-25, 32

Money laundering.

Title 18, United States Code, Section 1956(a)(1)(B)(i).

\* **Max.Penalty**:     20 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,**
**special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

Defendant's Name: **ARNOLD NESBITT**

Case No: **05 - 20893** CR-GRAHAM

MAGISTRATE JUDGE
O'SULLIVAN

Count #: 9

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

* **Max.Penalty**:     20 Years' Imprisonment

Count #: 28

Money laundering.

Title 18, United States Code, Section 1956(a)(1)(B)(i).

* **Max.Penalty**:     20 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,**
**special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: CARLOS JENNINGS**

Case No: **05-20893** CR-GRAHAM

MAGISTRATE JUDGE
O'SULLIVAN

Count #: 9

Conspiracy to commit money laundering.

Title 18, United States Code, Section 1956(h).

**\* Max.Penalty:**     20 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

DEC - 7 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

Count #: 31

Money laundering.

Title 18, United States Code, Section 1956(a)(1)(B)(i).

**\* Max.Penalty:**     20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**