AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Florida_____

UNITED STATES OF AMERICA

VS.

ALEXANDER AYALA-SERNA, ET AL.

Defendants.

_____/

To: The United States Marshal
    and any Authorized United States Officer

**WARRANT FOR ARREST**

**05-20893 CR-GRAHAM**

Case Number:

MAGISTRATE JUDGE
O'SULLIVAN

FILED by _____ D.C.
MAG. SEC.

DEC - 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

Unsealed 12-8-05

YOU ARE HEREBY COMMANDED to arrest _____ERIC GARDINER_____
                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with   (brief description of offense)
Conspiracy to import cocaine, conspiracy to possess with intent to distribute cocaine, importation of cocaine, possession with intent to distribute cocaine, attempt to import cocaine, possession with intent to distribute cocaine, conspiracy to import marijuana, conspiracy to possess with intent to distribute marijuana, conspiracy to commit money laundering, and money laundering,

in violation of _____Title 21:18_____ United States Code, Section(s) _963, 846, 952(a) and 841(a)(1); 1956(h) and 1956(a)(1)(B)(i)_

Clarence Maddox
Name of Issuing Officer

_____
Signature of Issuing Officer

Court Administrator/Clerk of Court
Title of Issuing Officer

December 2, 2005, Miami, Florida
Date and Location

Bail fixed at $ _____         by _____
                                                            Name of Judicial Officer

| RETURN |
|--------|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---------------|-------------------------------------|--------------------------------|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT:        **ERIC GARDINER**
a/k/a "Foster Vincent Marsh,"
a/k/a "Player," and
a/k/a "P."

**NO BOND**

(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____

**GERALD GREENBERG**
**ASSISTANT UNITED STATES ATTORNEY**

Last Known Address:  Unknown

What Facility:

Agent(s):   S/A Manuel Recio, DEA, (305) 796-7463
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (**OTHER**)